United States District Court
Southern District of Texas
**ENTERED**
January 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENDRA L. HARMON,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS, L.L.C.,<br><br>        Defendant. | 4:18-cv-04133 |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __2__ Days                    Jury:__X___ Non-Jury:_____

1. (a) NEW PARTIES shall be joined by: **March 15, 2019**.

The Attorney causing the addition of new parties will provide copies of this Order to new parties.

   (b) AMENDMENT to PLEADINGS by Plaintiff or Counter-Plaintiff shall be filed by **March 15, 2019.**

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: **April 25, 2019**.

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: **May 24, 2019**.

4. DISCOVERY must be completed by: **August 18, 2019**.

Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions in limine) will be filed by: **11/11/2019**.

6. JOINT PRETRIAL ORDER and MOTIONS IN LIMINE will be filed by **February 3, 2020**.

7. TRIAL will begin at 8:30 a.m. on **February 10, 2020**.

1/29/ 2019
Date

_____
Keith P. Ellison
United States District Judge

1/29/2019
Date

/s/ Nathan C. Volheim
Counsel for Plaintiff

1/29/2019
Date

/s/Jacob Bach
Counsel for Defendant